AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF  Nevada

Gramercy Insurance Company

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

V.

Western Sky Transportation, Inc.,
Western Sky, Inc.

Case Number: 2:10-cv-02018-JCM-GWF

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Default Judgment is hereby entered in favor of Plaintiff, Gramercy Insurance Company, against Defendants, Western Sky Transportation, Inc. and Western Sky, Inc..

| August 1, 2011 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ Molly Morrison |
| | (By) Deputy Clerk |